FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 06, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON "BUCK" PHILLIPS, an individual, and DAVID HOLMES, an individual, | No. 4:24-CV-5078-MKD |
| | ORDER OF DISMISSAL |
| Plaintiffs, | **ECF Nos. 8, 11** |
| v. | |
| ENERGY NORTHWEST, a joint operating agency in the State of Washington, | |
| Defendant. | |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 11.  The parties stipulate to the dismissal of this action, with prejudice and without an award of attorneys' fees or costs to any party.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs may dismiss an action without court order by filing a stipulation of dismissal signed by all parties who have appeared.  The stipulation is signed by all parties who have appeared.

Accordingly, **IT IS HEREBY ORDERED:**

ORDER - 1

1      1.    The parties' Stipulated Motion to Dismiss with Prejudice, **ECF No.**

2 **11**, is **GRANTED**.

3      2.    Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims

4 are **DISMISSED with prejudice**, without an award of fees or costs.

5      3.    Defendant's Motion to Dismiss, **ECF No. 8**, is **DENIED as moot**.

6      4.    All pending dates and deadlines are **STRICKEN**.

7      **IT IS SO ORDERED.**  The District Court Executive is directed to enter this

8 Order, provide copies to the counsel, and **CLOSE the file**.

9      DATED August 6, 2024.

10            *s/Mary K. Dimke*

                 MARY K. DIMKE

11      UNITED STATES DISTRICT JUDGE